# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

          **Plaintiff,**      **Filed Under Seal**

      **v.**                    **CASE NO.**   22-CR-10092-JWB

**TYLER L. RALLS,**

          **Defendant.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DISTRIBUTION OF A CONTROLLED SUBSTANCE
WHICH RESULTED IN DEATH
[21 U.S.C. § 841]**

On or about August 1, 2019, in the District of Kansas,

**TYLER L. RALLS,**

the defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, with death and serious bodily injury resulting from the use of such controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

November 1, 2022       s/Foreperson
DATE      FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ Katherine J. Andrusak
Katherine J. Andrusak
Special Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# PENALTIES

**Count 1:  Distribution of a Controlled Substance Which Resulted in Death**

- Punishable by a term of imprisonment of not less than twenty (20) years or more than life in prison.  21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $1 million.  21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of not less than life in prison.  21 U.S.C. § 841(b)(1)(C).
- A term of supervised release of at least six (6) years.  21 U.S.C. § 841(b)(1)(C).
- A fine not to exceed $2 million. 21 U.S.C. § 841(b)(1)(C).
- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.