IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS,

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 22-10092-JWB

TYLER L. RALLS,

        Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on a letter received from Defendant regarding an extension of time for filing an appeal. (Doc. 46.) On June 18, 2025, Defendant filed a motion to vacate pursuant to 28 U.S.C. § 2255. (Doc. 41.) On July 1, the court entered an order for Defendant to show cause why the petition should not be dismissed as untimely. (Doc. 44.) Defendant's response was due on July 25. Defendant did not file a response to the show cause order. This court dismissed the motion as untimely and denied a certificate of appealability on July 31, 2025. (Doc. 45.)

On August 18, Defendant filed a letter seeking an extension of time to file an appeal. Defendant's letter, however, references the court's prior July 25 deadline to respond to the show cause order. It is not clear if Defendant seeks to appeal this court's July 31 order to the Tenth Circuit Court of Appeals or if his request concerns this court's now passed July 25 deadline. Because the court has already entered an order dismissing the § 2255 motion, the court declines to extend the show cause order deadline.

Defendant has 60 days from the date of the order to file a notice of appeal as to this court's July 31 order ruling on his § 2255 petition. *See United States v. Koehn*, No. 21-5018, 2021 WL

1

3918874, at *1 (10th Cir. Mar. 17, 2021) (citing 28 U.S.C. § 2107(b)(1); Fed. R. App. P. 4(a)(1)(B)(i)).  The court notes that a notice of appeal only requires Defendant to file a notice on the record indicating that he is appealing to the Tenth Circuit Court of Appeals and the order from which he is appealing.  *See United States v. Grant*, 809 F. App'x 474, 475 (10th Cir. 2020) ("The notice of appeal must include: the party or parties taking the appeal by naming each one in the caption or body of the notice; the judgment, order[,] or part thereof appealed from; and the court to which the appeal is taken.")  The rules related to appeals can be found in Rules 3 and 4 in the Federal Rules of Appellate Procedure.

The current deadline for Defendant to file a notice of appeal to the Tenth Circuit Court of Appeals is September 29, 2025, which is more than one month from now.  As a result, Defendant's motion for an extension of time (Doc. 46) is DENIED as premature.  Further, Defendant's motion does not provide good cause to extend the deadline beyond that time.

IT IS SO ORDERED.  Dated this 22nd day of August 2025.

                                                                                                                                      s/ John W. Broomes  
                                                                                                                                      JOHN W. BROOMES  
                                                                                                                                      UNITED STATES DISTRICT JUDGE